[No. 28874-1-I.   Division One.   August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL C. GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 91-1-00046-7, Richard J. Thorpe, J., entered July 3, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Agid, JJ.